IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS



In re:

WATSON, JERRY LEE
WATSON, PARIS RHOADES

Bankruptcy No. 07-11060
Chapter 7

Debtor(s)

## REPORT OF OUTSTANDING CHECKS

COMES NOW, D. Michael Case, Trustee of the above referenced bankruptcy estate, and reports that the following listed check(s) have been issued and mailed but were either undeliverable and returned or that more than ninety (90) days have elapsed and said checks were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 104 | FIA Card Services NA<br>Attn: Mr. BK<br>1000 Samoset Sr., DE50230303<br>Newark, DE 19713 | $291.38 |

Accompanying this Report is Check No. 106 in the amount of $291.38 made payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

D. Michael Case, #7491
900 Garvey Center
200 West Douglas Avenue
Wichita, KS 67202-3009
(316) 303-0100